# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Carlos Jovany Hernandez**<br>DOB: 2000; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 23-03124MJ |

Complaint for violation of Title 21, United States Code, section 846, 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning on or before December 1, 2022 and continuing to on or about August 3, 2023, at or near Tucson, Chandler, and elsewhere, in the District of Arizona, **Carlos Jovany Hernandez** did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown, to distribute 40 grams or more of fentanyl; a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).
    All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 14, 2022, during interdiction operations, U.S. Postal Inspectors identified a suspicious package that had been delivered to the post office in Tucson on December 13, 2022. It was sent with a return address in Tucson to a location in Rochester, NY with a tracking number (PARCEL 1). On December 15, 2022, a Postal Inspector obtained video footage of the person mailing PARCEL 1. The footage showed a young male, later identified as Carlos Jovany Hernandez (HERNANDEZ). HERNANDEZ was not listed on the return address as the sender of PARCEL 1. On December 16, 2022, a Postal Inspector met with a Border Patrol canine handler and had a specially trained canine inspect PARCEL 1. The canine alerted to narcotics in PARCEL 1. The Postal Inspector subsequently obtained a federal search warrant to inspect PARCEL 1. The Postal Inspector searched PARCEL 1 and discovered approximately 112 grams of blue pills marked "M-30," which appear similar to Oxycodone pills. Based on training and experience, agents and inspectors believe these to contain fentanyl. The pills have been sent to a DEA laboratory for chemical confirmation.

On January 4, 2023, Postal Inspectors identified another suspicious package that had been delivered to a post office in Tucson on January 3, 2023. It was sent from a return address in Tucson to an address in Rochester, NY with a tracking number (PARCEL 2). The return address on PARCEL 2 was not the same return address or listed sender as PARCEL 1. HERNANDEZ was not listed on the return address as the sender of PARCEL 2. The Tucson Postal Inspector alerted a colleague in New York to examine PARCEL 2 when it arrived. On January 4, 2023, the Postal Inspector in Rochester, NY examined PARCEL 2 with a specially trained narcotics canine, which alerted to the

CONTINUED ON REVERSE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>*Robert A. Fellrath* Digitally signed by ROBERT FELLRATH<br>Date: 2023.08.05 14:44:21 -07'00'<br>Sworn to telephonically. | SIGNATURE OF COMPLAINANT<br>*William P. Akins*<br>OFFICIAL TITLE<br>William Akins, U.S. Postal Inspector |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Angela M. Martinez* | DATE<br>August 7, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA: Fellrath

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

presence of narcotics. On January 6, 2023, the Postal Inspector in Rochester obtained a federal search warrant for PARCEL 2. The Inspectors discovered PARCEL 2 contained approximately 113 grams of blue pills marked "M-30," which appear similar to Oxycodone pills. Based on training and experience, agents and inspectors believe these to contain fentanyl. The pills have been sent to a DEA laboratory for chemical confirmation. On January 9, 2023, a Postal Inspector in Tucson accessed the security camera system for the Tucson Main Post Office to obtain surveillance footage of the mailing of PARCEL 2. The footage showed HERNANDEZ mailing PARCEL 2.

On August 3, 2023, in Chandler, Arizona, HERNANDEZ met with an HSI undercover agent in an attempt to purchase an M249s belt fed weapon system. HSI agents arrested HERNANDEZ during that purchase. After being advised of his Miranda rights and waiving those rights, HERNANDEZ admitted that he had been purchasing firearms on behalf of Mexican drug trafficking organizations. HERNANDEZ also admitted to packaging and mailing PARCEL 1 and PARCEL 2.